UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 18-13457-RAM
                                                              Chapter 13
**Ronald Henry Lord Jr.**
**Marianne Moore Lord,**
         **Debtors**
_____/

### AMENDED APPLICATION FOR SUPPLEMENTAL COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, MARK S. STEINBERG, was retained by the Debtor to serve in this bankruptcy case as attorney for Debtor. A copy of the retainer agreement is attached as Exhibit "A." Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines," applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total *Post Confirmation* Fees Requested: | $ 3,500.00 |
| Total *Post Confirmation* Expenses to be Reimbursed: | $ 138.20 |
| Amount of *Post Confirmation* Fees Received To-Date: (exclusive of filing fees) | $ 0.00 |
| Amount of *Post Confirmation* Fees to be Paid through Plan: | $ 3,638.20 |

1.  The amount requested, if allowed, will be paid in full after __1__ monthly payment under the plan.

2.  A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B."

3.  Applicant estimates that an additional __2.0__ hours will be required to be expended in providing legal services on behalf of the Debtor described below:

*(1) Review multiple real estate contracts; (2) Correspond with the clients, their real estate agent, and attorneys regarding the bankruptcy proceeding and how it affects the closing; (3) Prepare, file, and present emergency motion to sell homestead real property; (4) Prepare, file, and present Modified Plan and Motion to Modify Plan; (5) Prepare, file, and serve three amendments to the modified plan pursuant to the trustee's notices of deficiency.*

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:  *(1) The initial sale was canceled and a new contract had to be reviewed. (2) The trustee took issue with portions of the modified plan and required multiple revisions.*

5. The source of compensation previously paid to applicant was the  *The Debtor.*

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED:**    November 24, 2020

/s/ *Mark S. Steinberg, Esq.*

Mark S. Steinberg, Esq.
Florida Bar No. 883913
Upright Law, LLP
6950 North Kendall Drive
Miami, Florida 33156
Telephone: (305) 671-0015
Facsimile:   (305) 671-0017
mss@steinberglawoffices.com

cc:  Ronald Lord, Marianne Lord, Debtors
      Nancy K. Neidich, Chapter 13 Trustee

**EXHIBIT "A"**

# Upright Law LLP

### ATTORNEY CLIENT LEGAL SERVICES AGREEMENT FOR CHAPTER 13 BANKRUPTCY

This Agreement is executed between Upright Law LLP ("Firm") and the undersigned ("Client"). The undersigned Partner of Firm has authorized Firm to affix Partner's digital signature upon this Agreement ("Agreement"). Agreement is subject to Partner's further review and approval after consultation with Client. Agreement contemplates bankruptcy related services ("Services") ONLY and no other representation. The Partner will review this Agreement with Client, including which chapter of bankruptcy Client is eligible for.

**1.     Type of Bankruptcy Representation and Scope of Services.** Client hires Firm, (and not any specific attorney) to provide Services. Firm will immediately begin providing Services and accrue billable time. Services include all representation to complete Client's legal matter through discharge, dismissal or until Client cancels.

**2.     Type of Fee ("Fee").** Client hires Firm under a "FLAT FEE" Agreement whereby Firm agrees to provide Services for a fixed amount of $ 3650.00, plus the Bankruptcy Court filing fee of $ 310.00 for a total of $ 3960.00 ("Total Fee"). Client agrees to pay $ 2200.00 plus the Bankruptcy Court filing fee of $ 310.00 for a total of $ 2510.00 ("Upfront Fee") prior to Client's case being filed. The remainder of $ 1450.00 attorney fees will be paid, **subject to court approval**, through your Chapter 13 Plan and will cover all attorneys fees for the life of your Chapter 13 plan or upon approval of a fee application ("Post-Filing Fee"). Firm will immediately begin providing Services and bill for all Services, including those provided before this Agreement is signed. From time to time, Firm may perform an accounting of its time and to the extent that its time, multiplied by its hourly rate, exceeds the amount paid by Client under the Flat Fee, **Firm may petition the court to award Supplemental Fees**, which may be awarded by the court if the court determines that additional fees are warranted. The court may be more likely to award additional fees for extraordinary additional work such as work on objections to discharge, adversary proceedings and heavily contested matters. Client may contest any fee that Firm petitions the court to award. Supplemental Fees are billed at $395.00 per hour for attorney time (or the highest hourly rate permitted in Client's jurisdiction) and $125.00 per hour for paraprofessional time billed in 6-minute increments. Because this is a flat fee representation, Firm will not provide a monthly accounting. Upfront Fee is earned when paid and immediately becomes property of Firm. Fees will be placed into Firm's general expense/operating account and NOT into any Firm IOLTA client trust fund account. Client has 60 days from Client's final payment of Upfront Fee to turn in all requested documents or, if Firm has to spend additional time collecting documents due to Client's unreasonable delay, Client may be charged an additional Flat Fee of $375.00, and any amounts on deposit with Firm to pay filing fees or other costs will be applied toward that $375.00 Fee. No Chapter 13 petition will be filed until all Upfront Fees and costs are paid in full and Client provides all documents.

3. **Payment Term.** Client may only use a debit card, but not a credit card to pay for Services. Client, who lives in zip code   33155  , is a duly authorized signor on the account ending in   5749  , expiring   10/22  . Firm is authorized to charge account ending in   5749  , the Upfront Fee of **$**   2510.00  , by single/recurring debits. Client authorizes Firm to adjust debits at Client's direction to fully pay the Upfront Fee. Client may cancel future payments only by written notice at least five days in advance. This authorization is effective only until Client has paid the Upfront Fee, has cancelled the authorization, or Client's case has been filed. Firm is not responsible for damages/costs/fees related to authorized payments. Client will be charged $25.00 for each bounced payment.

4. **Chapter 13 Payment.** Client agrees to make the Chapter 13 Plan Payment to the trustee and all creditors that Attorney has specified are to be paid directly to a creditor outside the Chapter 13 Plan in a timely manner. Client understands that changes in Clients circumstances prior to filing may cause the Chapter 13 Plan Payment to change and may otherwise disqualify Client from Chapter 13. Client understands that Client is required to report to Attorney any future changes to income or the receipt of any unexpected funds, including tax refunds, which may be taken by the court and applied to pay liabilities being paid through the Chapter 13 Plan. Changes in income, receipt of additional assets and other factors may change the length and amount of payments. Client agrees not to buy or sell any property without getting approval from Firm.

5. **Virtual Representation.** Firm represents Client primarily through means of telephonic and online communication via email, phone or computer-based virtual meeting room, and not face-to-face at a physical office. Client has elected to use Firm, in part, because Client finds this service to be more efficient and convenient. Client has the right to meet with Partner in person at a mutually agreeable time and location.

6. **Refund Policy.** If Client cancels, Client will be charged for all Services up to the date of cancellation. Firm will provide an accounting along with any unearned portion of the Fee.

7. **Debtor's Obligations to Pay Credit Counseling/Debtor Education.** In addition to the Flat Fee, Client is obligated to obtain/pay for: (a) Pre-filing credit counseling and (b) post-filing debtor education instructional course.

8. **Limited Power of Attorney.** Client agrees that the signature on this contract also grants Firm a limited power of attorney to affix its signature to any authorization forms required to (a) obtain tax information from any third party tax preparer, accountant, state or federal taxing authorities or any other party in possession of any type of tax information/returns related to Client, including, but not limited to copies of Client's tax returns and/or transcripts, and (b) obtain due diligence products from third parties including, but not limited to, real estate appraisals and/or comparative market analyses, title searches, asset searches, personal property valuations, and credit reports.

9.     I/WE UNDERSTAND THAT THE INFORMATION DISCLOSED IN THE PETITION IS GIVEN UNDER PENALTY OF PERJURY AND THAT THE FEDERAL PENALTY FOR PERJURY MAY INCLUDE IMPRISONMENT AND HEAVY FINES.

DATED: 2018-03-05

**CLIENT(S):**

**Client:** *Marianne Lord* (DocuSigned by: E647EC82CDEB405...)

**Print:** Marianne Lord

**Client:** *Ronald Lord* (DocuSigned by: E647EC82CDEB405...)

**Print:** Ronald Lord

**FIRM:** Upright Law LLP
**A Debt Relief Agency**

**For Firm:** /s/ Mark S. Steinberg

**Print:** Mark S. Steinberg

## A DEBT RELIEF AGENCY, DISCLOSURES TO AN ASSISTED PERSON IN RELATION TO A BANKRUPTCY CONSULTATION

Please note this form is mandated by statute, it may or may not correctly make you understand the full extent of the laws related to filing bankruptcy.

Section 527 of the Bankruptcy Code requires a Debt Relief Agency to provide an assisted person with the following information:

### RULES FOR FILING BANKRUPTCY
Notice required under 11 U.S.C. Section 527(a)

**If you do not follow these rules you could be subject to Criminal Sanctions including JAIL and FINES. If you do not follow these rules your case will be dismissed and you may not be able to re-file your case.**

**Rule #1** – The information you give, or are required to give, to an attorney, a staff member of the law firm, the Bankruptcy Trustee, or the Bankruptcy Court that is provided with your petition, or that is required to be provided with your petition, and during the case must be complete, accurate, and truthful, at all times, before filing and thereafter.

**Rule #2** – Everything you own (all assets) and every debt you owe including family members (all liabilities) must be completely and accurately disclosed in the documents filed to commence this case. Bankruptcy is not a "pick and choose" proceeding. You do not leave some debts in and leave some debts out. Everything must be included and disclosed. You must value each item you own at the rate it would cost you to replace the item with one of the same condition, age, and usefulness and you are required to undertake a reasonable inquiry to establish such value.

**Rule #3** – You will be required to complete a current monthly budget. This will be performed with your attorney. This budget will be based on your Current Monthly Income and your regular monthly expenses. This Current Monthly Income is more than just that paid to you by your employer and will include any income received in the past 6 months commencing with the first full month before your bankruptcy filing. This could include government assistance, social security, unemployment, or side jobs or any other sources. The regular expense should be as close as possible and should be based on a reasonable inquiry which you are required to undertake.

**Rule #4** – The Bankruptcy Code requires you to perform certain tasks including filing certain documents with the Court. Your attorney will notify you of the need and time limits for performing these tasks. If you fail to meet these deadlines your case will automatically be dismissed and you may be barred from re-filing a case.

**All of the information you provide will be subject to audit by the United States Department of Justice, through the United States Attorney and the United States Trustee. If you fail to provide this information your case may be dismissed and you may be sanctioned by the Court. If you act dishonestly you may be subject to criminal sanctions as well.**

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER
Pursuant to 11 U.S.C. Section 527(b)

- If you decide to seek bankruptcy relief, you should be advised that you can represent yourself in all matters connected with the bankruptcy.

- If you decide to seek bankruptcy relief, you should be advised that you can hire an attorney to represent you.

- If you decide to seek bankruptcy relief, you should be advised that in some areas you may hire a bankruptcy petition preparer who is not an attorney.

**THE LAW REQUIRES AN ATTORNEY TO GIVE YOU A WRITTEN CONTRACT SPECIFIYING WHAT THE ATTORNEY WILL DO FOR YOU AND HOW MUCH IT WILL COST. ASK TO SEE THIS CONTRACT BEFORE YOU HIRE AN ATTORNEY.**

Although bankruptcy cases can be complex, many of the procedures and cases are routine. Before filing a bankruptcy case, you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most beneficial to you. Be sure you understand the relief you can obtain and its limitations.

To file a bankruptcy case, documents called Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court.

Once your case is filed, you will have to attend a first meeting of creditors where you will be questioned under oath by a court official called a "trustee." At this meeting you may also be questioned by your creditors.

If you chose to file a Chapter 7 case, you may be asked to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you chose to file a Chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your Chapter 13 plan and with the confirmation hearing on your plan which will be before a Federal Bankruptcy Judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court. **BE AWARE** - Only an attorney can give you legal advice and can represent you in court. Bankruptcy petition preparers may not give you legal advice or represent you in Court or otherwise.

**CLIENT INSTRUCTIONS**
Pursuant to 11 U.S.C. Section 527(c)

**DEFINITIONS**

**1. Replacement Value** – Certain sections of the Bankruptcy Code will require you to determine the value of your personal and real property. We will provide you assistance with this calculation but we are required under law to provide a written explanation of this term. For personal, family and household purposes the replacement value is the value a retail merchant selling the item would charge considering the age and condition of the item. The Code does not define the term "retail merchant."

> **Example**: Assume that you have a DVD player that is 3 years old. You have been using the DVD player regularly and it works. The replacement value for this item would be what a used store or flea market would *price* the item. In doing this calculation, you do not have to be precise, just reasonable. The Firm will assist you with any inquires as to valuing your household items.

**2. Current Monthly Income** – Under certain sections of the Bankruptcy Code you will be required to calculate your Current Monthly Income. This is more than what you receive every time you get a pay check. This includes all income you have received over the last 6 months divided by 6. This means that if you lost your job last month your total income for that month could be almost zero. This income even includes income that is not taxable. This calculation does not take into account many government benefits including social security.

**3. Calculations** – If you file a Chapter 13 plan you will be required to submit a budget that calculates disposable income left over when you deduct your monthly expenses from your monthly income. These expenses do not include your payments on unsecured debts. An attorney will assist you with these calculations. If your Current Monthly Income is higher than the State Median Income for your household size you will be subject to a Means Test. This Means Test adds up your total expenses as defined by the Bankruptcy Code and other deductions including regular charitable donations (up to 15% of your income), school expenses, payments on 401(k)/IRA loans, and health insurance. If you are subject to this calculation an attorney will help you perform this task.

**4. Creditor Matrix** – If you file a Chapter 13 case, you may be required to prepare and submit a master mailing matrix in a format approved by the Court that includes the names and addresses of all of your creditors. (Many Jurisdictions have now omitted that requirement). The matrix must be in three columns and in alphabetical order. You must also list any persons who have co-signed or guaranteed loans for you. In addition, the law in your jurisdiction may require that you list the following parties even if you owe them no money: the Internal Revenue Service, the Department of Revenue of your State, the City or County tax authority in your place of residence, the Office of the United States Attorney, and the Office of the State Department of Justice or Attorney General. All creditors have designated a specific address for the receipt of notices of bankruptcy and in connection therewith you must use the address designated on 2 of the most recent statements received from each creditor within the 90 day period before the filing of your case. If your matrix is not filed in the proper format, your case may be subject to dismissal by the Court.

**5. Exemptions** – In order to protect your property you will need to claim applicable exemptions provided by State or Federal Law. The Firm will assist and advise you on the proper exemptions to claim for your case.

**CLIENT INSTRUCTIONS**
**Pursuant to 11 U.S.C. Section 342(b)**
**Types of Bankruptcy**

**Chapter 7 – Liquidation**
(The filing fee for the Clerk of the US Bankruptcy Court is currently $335.00 as of November 1, 2011, and is subject to change. This does not include attorney fees, due diligence expenses or other costs).
Chapter 7 is designed for debtors who are having financial difficulties and are not able to re-pay their debts.
If your current monthly income is above the State Median Income you will be required to perform a Means Test to determine if you are eligible for this type of bankruptcy relief. If you do not meet the requirements of the Means Test then you may be precluded from filing a Chapter 7 and have the option of converting to Chapter 13 or filing a Chapter 13. Under Chapter 7 a Trustee takes possession of all your property. You may claim certain property as exempt under State law. You can only exempt the value of property that is not subject to the liens of your creditors. The Trustee then liquidates the non-exempt property and uses the proceeds to pay off your creditors according to priorities of the Bankruptcy Code. The purpose of filing a Chapter 7 is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the Court, and the purpose for which you filed the bankruptcy petition will be defeated. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated with alcohol or drugs. Under certain circumstances you may be able to keep property that you have purchased subject to a valid security interest. Some of these options include what is called redemption and the renewal or reaffirmation of an existing pre-bankruptcy debt. Your attorney can explain the options that are available to you.

**Chapter 13 – Repayment of All or Part of the Debts of an Individual with Regular Income**
(The filing fee for the Clerk of the US Bankruptcy Court is currently $310.00 as of November 1, 2011, and is subject to change. This does not include attorney fees, due diligence expenses or other costs).
Chapter 13 is designed for individuals with a regular and stable source of income who are temporarily unable to pay their debts but who desire to use their best efforts and good faith to pay them in installments over a period of time subject to the protections afforded by the Chapter 13 rules. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code. Under Chapter 13 you must file a plan with the Court to repay your creditors all or part of the money that you owe them, using your future earnings or by the disposition and/or abandonment of certain collateral such as land and motor vehicles. You are protected from your creditors in most case upon the filing of your case but your plan must be approved by the Court before it can take effect. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan. After completion of payments under the plan, your debts are discharged except for any domestic support obligations, student loans, and certain taxes, among others.

**Chapter 11 – Reorganization**
(The filing fee for the Clerk of the US Bankruptcy Court is currently $1,717.00 as of November 1, 2011, and is subject to change. This does not include attorney fees, due diligence expenses or other costs).
Chapter 11 is designed primarily for the reorganization of businesses but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney. Most Chapter 11 cases are simply too expensive for the great majority of consumer debtors. Most individuals are aware of the high profile Chapter 11 cases that have been filed in recent years by many of the commercial airlines.

**Chapter 12 – Family Farmer**
(The filing fee for the Clerk of the US Bankruptcy Court is currently $275.00 as of November 1, 2011, and is subject to change. This does not include attorney fees, due diligence expenses or other costs). Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who whose income arises primarily from a family owned farms or fisheries.

**Credit Counseling**
Reputable credit counselors can advise you on managing your money and your debts. They may also be able to develop a plan to repay your debts. But, most credit counselors are not reputable and charge high fees and contributions that will cause you to fall deeper into debt. Furthermore, many misrepresent their non-profit status and/or their affiliations with religious or charitable organizations. The Firm, only recommends that a person seek the credit counseling services of a group that has been approved by the United States Trustee Department or the Bankruptcy Administrator.

Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials (Honesty is Required). A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a case under this the bankruptcy code shall be subject to fine, imprisonment, or both and all information supplied by a debtor in connection with a case under this title is subject to examination by the Attorney General. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B2000, which is posted at http://www.uscourts.gov/forms/bankruptcy-forms.

## ACKNOWLEDGEMENT OF RECEIPTS

I/we acknowledge and certify that Firm has given to me a copy of the Rules for Filing Bankruptcy as required by § 527(a) of the Bankruptcy Code.

I/we acknowledge and certify that Firm has given to me a copy of the Important Information about Bankruptcy Assistance Services as required by § 527(b) of the Bankruptcy Code.

I/we acknowledge and certify that Firm has given to me a copy of the Client Instructions as required by § 527(c) of the Bankruptcy Code.

I/we acknowledge and certify that Firm has given to me a copy of the Client Instructions as required by § 342(b) of the Bankruptcy Code.

**I/we acknowledge that I/we received, read, reviewed, and understand all 5 pages of these Disclosures.**

DATED: 2018-03-05

**CLIENT(S):**

**Client:** *Marianne Lord* (DocuSigned by: E647EC82CDEB405...)

**Print:** Marianne Lord

**Client:** *Ronald Lord* (DocuSigned by: E647EC82CDEB405...)

**Print:** Ronald Lord

*These rules and disclosures are given as a warning and not as an attempt to scare you from filing bankruptcy. Bankruptcy is a right provided to you under Federal Law. These Rules are only given to prevent people from intentionally abusing this by cheating and being dishonest. This notice is required by law under the Bankruptcy Reform Act enacted by Congress under intense lobbying by the credit industry and should not intimidate you from filing bankruptcy. Our office has assisted thousands of people with filing bankruptcy. Our office has observed that almost all of our clients are honest and hardworking people who, due to circumstances beyond their control, cannot repay their debts.*

**EXHIBIT "B"**

1. Mark Steinberg, Esq. a partner of Upright Law, LLP, hereafter referred to as Applicant, was retained by the Debtors to represent them in this bankruptcy proceeding.

2. The retainer agreement provides for a base attorney's fee of $3,650.00 including nominal costs but that work performed will be billed at the rate of $395.00 per hour and significant expenses will be billed at their actual cost.

3. Applicant charged the Debtor $3,500.00 to prepare, file, and present to the Court a motions to sell homestead real property a motion to approve modified bankruptcy plan, and four modified bankruptcy plans. Applicant also charged $138.20 for actual expenses associated with the proceedings.

4. Applicant expended fifteen and six minutes (15.10 hours) at the rate of $395.00 per hour from February 25, 2020 through November 16, 2020 and anticipates that an additional two (2) hours will have to be expended prior to the conclusion of this case. This additional time is expected to be incurred because Applicant will have to represent the Debtor at additional hearings, speak with the attorney from the Office of the Chapter 13 Trustee prior to all hearings, and conform to any additional requirements of the Chapter 13 Trustee.

5. Based upon the hourly rate charged and the hours expended to date, Applicant has earned a fee of $5,964.50 for services rendered through the filing of this Application and has incurred expenses of $183.20.

6. Applicant requests a fee of $3,500.00 for services rendered through the filing of this Application along with an additional $138.20 for expenses. **This amount is less than 60% of the fee actually earned.** Applicant submits that $3,638.10 for all of the work performed, services rendered, and costs incurred is reasonable pursuant to the standard set forth In re: Norman vs. Housing Authority of Montgomery, 836 F. 2nd 1299 (11th Cir. 1988) and 11 U.S.C. Section 330.

Applicant did not include any charges for secretarial time or for travel time to and from the Courthouse.

    7.    Applicant has not received any fees directly from the Debtors for the filing of the modified plans, the motion to modify plan, or the motion to sell homestead real property. Applicant requests that the fee be paid through the Chapter 13 Plan.

    8.    Following this page is a detailed breakdown of the time expended on the Debtor's behalf:

# Mark S. Steinberg, P.A.

Telephone No. (305) 671-0015

6950 North Kendall Drive, Miami, Florida 33156

email: mss@steinberglawoffices.com

Ronald Henry Lord Jr.
Marianne Moore Lord
10249 N.W. 9th Street Circle
Unit 108-8
Miami, Florida 33172

Re: Chapter 13 Bankruptcy

**BILLING STATEMENT**
**REPORT OF TIME SPENT**

| Date of Service | Description of Work Performed/ Timekeeper | Time Spent/ Billing Rate | Amount Charged |
|---|---|---|---|
| 02/25/2020 | Receive email from the Debtors regarding the prospect of selling their home; respond to email | 0.10 hr $395.00/hr | $39.50 |
| 03/04/2020 | Receive and review purchase and sales contract; discuss with the Debtors | 0.30 hr $395.00/hr | $118.50 |
| 03/26/2020 | Receive email from the Debtors' real estate attorney; respond to email | 0.10 hr $395.00/hr | $39.50 |
| 03/31/2020 | Receive emails from the Debtors advising that the buyers canceled the contract; respond to emails | 0.20 hr $395.00/hr | $79.00 |
| 04/24/2020 | Receive email with the new contract; review new contract and compare to first contract; reply by email to the Debtors, brokers, and title company about the process to get court approval for the sale | 0.40 hr $395.00/hr | $158.00 |
| 04/30/2020 | Receive emails from the Debtors' closing agent; respond to emails | 0.20 hr $395.00/hr | $79.00 |
| 05/01/2020 | Receive multiple emails from the Debtors' agents and attorneys regarding the closing; respond to emails | 0.30 hr $395.00/hr | $118.50 |
| 05/01/2020 | Prepare, file, and serve Emergency Motion to Ratify Real Estate Contract to Authorize Sale of Homestead Real Property | 1.00 hr $395.00/hr | $395.00 |
| 05/04/2020 | Receive emails from the Debtors and the real estate agent regarding the upcoming hearing; respond to emails | 0.20 hr $395.00/hr | $79.00 |
| 05/05/2020 | Receive multiple emails from the Debtors' agents and attorneys regarding the motion; respond to emails | 0.20 hr $395.00/hr | $79.00 |
| 05/07/2020 | Obtain bankruptcy related documents for the closing agent and deliver the documents to the closing agent | 0.50 hr $395.00/hr | $197.50 |

| | | | |
|---|---|---|---|
| 05/07/2020 | Telephone conversation with the attorney for the Chapter 13 Trustee | 0.10 hr $395.00/hr | $39.50 |
| 05/12/2020 | Standby time for hearing on Motion to Modify Plan and Motion to Approve Sale of Non Homestead Real Property - **NO OTHER CLIENT HEARINGS THAT DAY** | 0.50 hr $395.00/hr | $197.50 |
| 05/12/2020 | Time spent presenting the Emergency Motion to Approve Sale to Chapter 13 Trustee on consent calendar | 0.10 hr $395.00/hr | $39.50 |
| 05/12/2020 | Prepare and Submit the Order on the Motion to Approve Sale | 0.50 hr $395.00/hr | $197.50 |
| 05/14/2020 | Receive signed order; send copy to the Debtors, the brokers, the title company, and the parties to the bankruptcy named on the service list | 0.30 hr $395.00/hr | $118.50 |
| 05/14/2020 | Receive multiple emails from the Debtors' agents and attorneys regarding the motion and the order; respond to emails | 0.20 hr $395.00/hr | $79.00 |
| 05/22/2020 | Receive email from the real estate agent informing me that the purchaser canceled the contract | 0.10 hr $395.00/hr | $39.50 |
| 07/23/2020 | Receive email from the real estate agent informing me that the sale will close with a new purchaser | 0.20 hr $395.00/hr | $79.00 |
| 07/23/2020 | Request a certified copy of the Order Granting Authorization to Sell Homestead Real Property | 0.20 hr $395.00/hr | $79.00 |
| 07/28/2020 | Receive and review closing documents | 0.30 hr $395.00/hr | $118.50 |
| 08/06/2020 | Receive email from the Debtors regarding the completed sale; respond to email | 0.10 hr $395.00/hr | $39.50 |
| 08/17/2020 | Receive and review copy of order dismissing foreclosure case | 0.10 hr $395.00/hr | $39.50 |
| 08/24/2020 | Review the Debtors' payment history, Trustee disbursements, and Modification Ledger from the BSS website; calculate a new plan payment; prepare a modified plan | 1.50 hr $395.00/hr | $592.50 |
| 08/24/2020 | Multiple emails with the Debtors regarding the new plan and other outstanding matters | 0.40 hr $395.00/hr | $158.00 |
| 08/25/2020 | Virtual meeting with the Debtors to sign the modified plan; receive the signed plan; prepare the certificate of service; file the plan and the certificate of service; prepare and file the motion to modify plan and certificate of service; serve the motion, the plan, and the certificate of service | 2.30 hr $395.00/hr | $908.50 |
| 09/11/2020 | Receive email from the Debtors regarding the case; respond to email | 0.10 hr $395.00/hr | $39.50 |
| 09/16/2020 | Receive tax returns from the Debtors; review the tax returns for any significant changes in income; submit tax returns to the Trustee | 0.30 hr $395.00/hr | $118.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/17/2020 | Telephone conversation with the attorney for the Chapter 13 Trustee | 0.10 hr $395.00/hr | $39.50 |
| 09/18/2020 | Prepare, file, and serve the second modified plan and certificate of service | 0.70 hr $395.00/hr | $276.50 |
| 09/22/2020 | Standby time for hearing on Motion to Modify Plan - **2 OTHER CLIENT HEARINGS THAT DAY** | 0.50 hr $395.00/hr | $197.50 |
| 09/22/2020 | Time spent presenting the Motion to Modify Plan to the Chapter 13 Trustee on consent calendar | 0.10 hr $395.00/hr | $39.50 |
| 10/06/2020 | Receive email from the Debtors regarding the case; respond to email | 0.10 hr $395.00/hr | $39.50 |
| 10/15/2020 | Telephone conversation with the attorney for the Chapter 13 Trustee | 0.10 hr $395.00/hr | $39.50 |
| 10/15/2020 | Prepare, file, and serve the third modified plan and certificate of service | 0.70 hr $395.00/hr | $276.50 |
| 10/20/2020 | Standby time for hearing on Motion to Modify Plan - **NO OTHER CLIENT HEARINGS THAT DAY** | 0.50 hr $395.00/hr | $197.50 |
| 10/20/2020 | Time spent presenting the Motion to Modify Plan to Chapter 13 Trustee on consent calendar | 0.10 hr $395.00/hr | $39.50 |
| 10/22/2020 | Receive email from the Debtors regarding the case; respond to email | 0.10 hr $395.00/hr | $39.50 |
| 11/05/2020 | Telephone conversation with the attorney for the Chapter 13 Trustee | 0.10 hr $395.00/hr | $39.50 |
| 11/05/2020 | Send email to the Debtors regarding the case | 0.10 hr $395.00/hr | $39.50 |
| 11/10/2020 | Standby time for hearing on Motion to Modify Plan - **3 OTHER CLIENT HEARINGS THAT DAY** | 0.50 hr $395.00/hr | $197.50 |
| 11/10/2020 | Time spent presenting Motion to Modify Plan to Chapter 13 Trustee on consent calendar | 0.10 hr $395.00/hr | $39.50 |
| 11/16/2020 | Prepare, file, and serve fourth modified plan and certificate of service | 0.50 hr $395.00/hr | $197.50 |
| | **Total Hours** | **15.10 hours** | **$5,964.50** |

| Date of Expenditure | Description of Expenditure | Rate per Unit/ Number of Units | Amount Charged |
|---|---|---|---|
| 05/12/2020 | Court Call | $75.00<br>1 call | $75.00 |
| 08/25/2020 | Envelopes<br>(Motion to Modify Plan; First Modified Plan) | 0.25/envelope<br>6 envelopes | $1.50 |
| 08/25/2020 | Postage<br>(Motion to Modify Plan; First Modified Plan) | $0.85/envelope<br>6 envelopes | $5.10 |
| 09/18/2020 | Postage<br>(Second Modified Plan) | $0.55/envelope<br>6 envelopes | $3.30 |
| 09/22/2020 | Court Solutions<br>(Motion to Modify Plan - First Modified Plan) | $50.00 per call<br>1/2 call | $25.00 |
| 10/15/2020 | Postage<br>(Third Modified Plan) | $0.55/envelope<br>6 envelopes | $3.30 |
| 10/20/2020 | Court Solutions<br>(Motion to Modify Plan - Second Modified Plan) | $50.00 per call<br>1 call | $50.00 |
| 11/10/2020 | Court Solutions<br>(Motion to Modify Plan - Third Modified Plan) | $50.00 per call<br>1/3 call | $16.70 |
| 11/16/2020 | Postage<br>(Fourth Modified Plan) | $0.55/envelope<br>6 envelopes | $3.30 |
|  | **Total Expenditures** |  | **$183.20** |
| 12/08/2020 (Anticipated) | Court Solutions<br>(Motion to Modify Plan - Fourth Modified Plan) | $50.00 per call<br>1/2 call | $25.00 |

| SUMMARY | | |
|---|---|---|
|  | Fees Generated/ Costs Incurred | Amount Requested |
| Attorney's Fees | $5,964.50 | $3,500.00 |
| Out of Pocket Expenditures | $183.20 | $138.20 |
| **Combined Total of Fees and Costs** | **$6,147.70** | **$3,638.20** |