**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ _____Fifth_____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Ronald Lord            JOINT DEBTOR: Marianne Lord            CASE NO.: 18-13457-RAM

SS#: xxx-xx-9054                SS#: xxx-xx-1432

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,441.75 for months 1 to 32;
2. $10,081.83 for months 33 to 33;
3. $55.00 for months 34 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| Total Fees: | $7,288.20 | Total Paid: | $2,200.00 | Balance Due: | $5,088.20 |
|---|---|---|---|---|---|
| Payable | $45.31 | /month (Months 1 to 32) | | | |
| Payable | $3,638.20 | /month (Months 33 to 33) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 Attorney's fee through confirmation; $150.00 Expenses through confirmation
$3,500.00 Post-confirmation Attorney's fees; $138.20 Post-confirmation expenses
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. **Creditor:** Kondaur Capital Corp., formerly Nationstar Mortgage LLC d/b/a Mr. Cooper formerly Federal National Mortgage Association ("Fannie Mae") c/o Seterus Inc. as the Authorized Subservicer

    Address: 333 South Anita Drive
    Suite 400
    Orange, CA 92868

    | | | |
    |---|---|---|
    | Arrearage/ Payoff on Petition Date | POC: $39,400.41; Post Petition Fees: $850.00 = $40,250.41 | |
    | Arrears Payment (Cure) | $555.03 | /month (Months 1 to 32) |
    | Regular Payment (Maintain) | $1,493.46 | /month (Months 1 to 32) |

Debtor(s): Ronald Lord, Marianne Lord    Case number: 18-13457-RAM

Last 4 Digits of _____7040_____

Other: See Non-standard Plan Provisions

■ Real Property    Check one below for Real Property:
   ■ Principal Residence    ■ Escrow is included in the regular payments
   ☐ Other Real Property    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
8440 SW 34th Terrace, Miami, Florida 33155

☐ Personal Property/Vehicle

Description of Collateral:

- **B. VALUATION OF COLLATERAL:** ■ NONE
- **C. LIEN AVOIDANCE** ■ NONE
- **D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ■ NONE
- **E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE
- **B. INTERNAL REVENUE SERVICE:** ■ NONE
- **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE
- **D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

- **A.** Pay  $184.86   /month (Months  1  to 32 )
  - Pay  $5,435.45  /month (Months  33  to 33 )
  - Pay  $49.50    /month (Months  34  to 60 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

- **C. SEPARATELY CLASSIFIED:** ■ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
- ■ NONE

**VII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

- ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII. NON-STANDARD PLAN PROVISIONS** ☐ NONE

- ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor(s): Ronald Lord, Marianne Lord    Case number: 18-13457-RAM

The debtors will modify the plan to provide for the distribution of funds recovered from their pending lawsuit which are not exempt to the unsecured creditors.

On July 29, 2020 (month 28 of the Plan), the Debtors satisfied the indebtedness to Kondaur Capital Corp., formerly Nationstar Mortgage LLC d/b/a Mr. Cooper formerly Federal National Mortgage Association ("Fannie Mae") c/o Seterus Inc. as the Authorized Subservicer. The Creditor filed a Satisfaction of Mortgage on August 20, 2020.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ *Ronald Lord* | Debtor | January 6, 2021 | /s/ *Marianne Lord* | Joint Debtor | January 6, 2021 |
| Ronald Lord | | Date | Marianne Lord | | Date |

/s/ *Mark S. Steinberg*    January 6, 2021
Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**